461 A.2d 885

Commonwealth, Appellant v. Klein.

Petition for Allowance of Appeal Denied Feb. 10, 1984.

Argued February 1, 1983. Mark

Stuart Gurevitz, Assistant District Attorney, for Commonwealth, appellant; Anita M. Cohen, for appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.

WIEAND, J. dissented.